## Ophelia Azriel DE'LONTA, Plaintiff–Appellant,

v.

Ronald J. ANGELONE; M.V. Smith, Dr.; R. Hulbert, Dr.; C.J. Angliker, Dr.; Doctor Wray; Doctor Swetter, Defendants–Appellees.

No. 00–7732.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2001.

Decided April 24, 2001.

Ophelia Azriel De'Lonta, pro se. William W. Muse, Assistant Attorney General, Richmond, VA; George W. Wooten, Peter Duane Vieth, Wooten & Hart, P.C., Roanoke, VA; Heather Marie Kofron, Wright, Robinson, Osthimer & Tatum, Richmond, VA, for appellees.

Before WILKINS, MOTZ, and KING, Circuit Judges.

PER CURIAM.

Ophelia A. De'Lonta appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See De'Lonta v. Angelone,* No. CA–99–642–7 (W.D.Va. Nov. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*